IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CASE NUMBER 4:25-CR-00504 |
| v. | | |
| KENDRA WALKER | | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

The defendant in the above-referenced case, along with his undersigned attorney, hereby acknowledges the following:

(1) Defendant has received a copy of the Indictment in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his constitutional rights, after being advised of all the above by her attorney.

(2) Defendant understands she has the right to appear personally with his attorney before a judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, she will be arraigned in open court at the time and date previously designated.

(3) Defendant, having conferred with her attorney in this regard, hereby waives personal appearance with her attorney at the arraignment of this case and the reading of the Indictment, and tenders her plea of not guilty through this document. The defendant understands that the court's entry of her plea will conclude the arraignment in this case.

(4) Defendant understands that she has a right to a minimum period of time prior to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: 10/20/2025

_K. Blek-Way_
Defendant

_[signature]_
Attorney for Defendant